DEPARTMENT OF THE CORPORATION COUNSEL

PAUL S. AOKI                    1286-0
Acting Corporation Counsel
ERNEST H. NOMURA                4829-0
GABRIELE V. PROVENZA    10261-0
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone No. (808) 768-5230 / (808) 768-5239
Email:    enomura@honolulu.gov
              gprovenza@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU,
DEPARTMENT OF PARKS AND RECREATION


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAROLD P. MCSHANE, III,<br><br>     Plaintiff,<br><br>  vs.<br><br>DEPARTMENT OF PARKS AND RECREATION, CITY AND COUNTY OF HONOLULU; HONOLULU CIVIL SERVICE COMMISSION; JOHN and/or JANE DOE 1-10, and DOE ASSOCIATIONS 1-5,<br><br>     Defendants. | CIVIL NO.  CV 20-00244 ACK-WRP<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU, DEPARTMENT OF PARKS AND RECREATION'S; SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Scheduling Conference<br><br>DATE: July 27, 2020<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Wes Reber Porter |

DEFENDANT CITY AND COUNTY OF HONOLULU,
DEPARTMENT OF PARKS AND RECREATION'S
SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant CITY AND COUNTY OF HONOLULU, DEPARTMENT OF PARKS AND RECREATION ("City"), by its attorneys, Paul S. Aoki, Acting Corporation Counsel, Ernest H. Nomura and Gabriele V. Provenza, Deputies Corporation Counsel, submits this Scheduling Conference Statement.

I.     NATURE OF THE CASE

This is a Section 1983 and "breach of contract" case against the City and the Honolulu Civil Service Commission ("Commission") for allegedly denying Plaintiff Harold P. McShane, III ("Plaintiff") back pay remedies that he could have sought and recovered had he exhausted his administrative remedies and appeals before the Commission and the Circuit Court of the First Circuit, State of Hawaii. His failure to do so is fatal to this federal case.

II.    JURISDICTION AND VENUE

Jurisdiction and venue are predicated on 28 U.S.C. §§ 1331 (federal question), 1343 (civil rights), 1367 (supplemental jurisdiction), and 1391 (venue).

III.   JURY TRIAL

Jury trial has been demanded.

2

IV.   DISCOVERY AND DISCLOSURES

No formal discovery has commenced to date.  The City intends to make

timely initial disclosures consistent with the Federal Rules of Civil Procedure and

the Local Rules.  The City intends to comply with the Report of Parties' Planning

Meeting, CM/ECF Doc. 11, filed on 07/08/2020, regarding discovery.

V.   SPECIAL PROCEDURES

None anticipated at this time.

VI.   RELATED CASES

There is a pending state court case, <u>McShane v. City and County of

Honolulu, Department of Parks and Recreation</u>, Civil No. 19-1-1169-07 DEO (1st

Cir. Ct.).  Plaintiff alleges same transactions and occurrence in the state lawsuit as

in this case.

VII.   ADDITIONAL MATTERS

The City intends to file a dispositive motion shortly.

DATED:  Honolulu, Hawaii, July 20, 2020.

PAUL S. AOKI
Acting Corporation Counsel

By:  */s/ Ernest H. Nomura*
     ERNEST H. NOMURA
     GABRIELE V. PROVENZA
     Deputies Corporation Counsel

     Attorneys for Defendant
     CITY AND COUNTY OF
     HONOLULU, DEPARTMENT OF
     PARKS AND RECREATION