CLARE E. CONNORS          7936
Attorney General of Hawaii

JAMES E. HALVORSON        5457
RICHARD H. THOMASON       5140
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
235 South Beretania Street, 15th Floor
Honolulu, Hawai'i   96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  james.e.halvorson@hawaii.gov
       richard.h.thomason@hawaii.gov

Attorneys for Defendant
HONOLULU CIVIL SERVICE
COMMISSION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAROLD P. MCSHANE, III,<br><br>      Plaintiff,<br><br>  vs.<br><br>DEPARTMENT OF PARKS AND RECREATION, CITY AND COUNTY OF HONOLULU; HONOLULU CIVIL SERVICE COMMISSION; JOHN and/or JANE DOE 1-10, and DOE ASSOCIATIONS 1-5,<br><br>      Defendants. | CIVIL NO. CV 20-00244 ACK-WRP<br><br>DEFENDANT HONOLULU CIVIL SERVICE COMMISSION'S JOINDER IN [DN 22] DEFENDANT DEPARTMENT OF PARKS AND RECREATION, CITY AND COUNTY OF HONOLULU'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, FILED MARCH 3, 2021; CERTIFICATE OF SERVICE |

822966_1

DEFENDANT HONOLULU CIVIL SERVICE COMMISSION'S JOINDER IN [DN 22] DEFENDANT DEPARTMENT OF PARKS AND RECREATION, CITY AND COUNTY OF HONOLULU'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, <u>FILED MARCH 3, 2021</u>

Defendant City & County of Honolulu Civil Service Commission ("Commission"), by and through its attorneys, Clare E. Connors, Attorney General, State of Hawaii, and Deputy Attorneys General James E. Halvorson and Richard H. Thomason, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Rule 7.9 of the Local Rules of Practice for the United States District for the District of Hawaii, hereby submits its joinder in [DN 22] Defendant Department of Parks and Recreation, City and County of Honolulu's Motion for Judgment on the Pleadings, or in the alternative, for Summary Judgment, filed March 3, 2021.

DATED:    Honolulu, Hawaii, March 8, 2021.

/s/ Richard H. Thomason
JAMES E. HALVORSON
RICHARD H. THOMASON
Deputy Attorney General

Attorneys for Defendant
HONOLULU CIVIL SERVICE
COMMISION